IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE L. NIEBLA,
        Plaintiff,

vs.                                                CASE NO.: 4:07cv382-SPM/AK

UNITED STATES DISTRICT COURT,
        Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 8) dated November 1, 2007. Plaintiff has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice to Plaintiff's opportunity to re-file with payment of the full filing fee.

DONE AND ORDERED this 3rd day of December, 2007.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge